**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-2372**

_____

CHARLES E. HOUSTON, JR.,

                    Plaintiff - Appellant,

          and

MICHAEL L. WALTERS; JAYSON WILLIAMS,

                    Plaintiffs,

          v.

BERKELEY HALL LLC; ADRIAN MORRIS; MICHAEL CERRATI; BERKELEY
HALL CLUB INC.,

                    Defendants – Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.   Sol Blatt, Jr., Senior District
Judge.  (9:13-cv-01352-SB)

_____

Submitted: September 30, 2015        Decided: October 14, 2015

_____

Before KING, SHEDD, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Charles E. Houston, Jr., Appellant Pro Se.   Keating L. Simons,
III, SIMONS & DEAN, Charleston, South Carolina; Jerome Bennett
Crites,  III,  SMITH  MOORE  LEATHERWOOD  LLP,  Charleston,

South Carolina; Brian Pratt Robinson, BRUNER, POWELL, WALL & MULLINS, LLC, Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Edward Houston, Jr., appeals the district court's order granting Defendants' motions for summary judgment, denying Houston's motion to file responses out of time, and granting sanctions against him for failing to ensure his client was present at his depositions and the order denying his motion to alter or amend the judgment under Fed. R. Civ. P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Houston v. Berkeley Hall LLC, No. 9:13-cv-01352-SB (D.S.C. Nov. 14, 2014; Nov. 25, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED